AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  COLE, JEFFREY N. | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  05/08/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
219 SOUTH DEARBORN STREET
STE 1088
CHICAGO, IL 60604-2025

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | B | Dividend | K | T | | | | | |
| 2. PHILIP MORRIS INT'L | A | Dividend | K | T | | | | | |
| 3. WAL-MART STORES | A | Dividend | J | T | | | | | |
| 4. SCHWAB ACCOUNTS | A | Dividend | J | T | | | | | |
| 5. MAY DEPT STORES 8.3% DEB 7/15/2026 - IRA | C | Interest | K | T | | | | | |
| 6. EXECUTIVE RISK CAPITAL TR 2/1/2027 - 8.675% - IRA | C | Interest | K | T | | | | | |
| 7. ACE LTD SER C 7.8% - IRA | C | Interest | K | T | | | | | |
| 8. RESOLUTION FDG CORP 10/15/2016 - IRA | E | Interest | K | T | | | | | |
| 9. DUKE CAPITAL SR NOTES 2/15/2013 6.25% -IRA | B | Interest | K | T | | | | | |
| 10. LEUCADIA NAT'L 11/15/2013 7.75% - IRA | B | Interest | K | T | | | | | |
| 11. NCNB 7/15/2015 10.2% - IRA | B | Interest | K | T | | | | | |
| 12. NAT'L RURAL UTILITY COOP 10/1/2015 7.2% - IRA | B | Interest | K | T | | | | | |
| 13. ITT HARTFORD GRP DEB 11/1/2015 7.3% - IRA | B | Interest | K | T | | | | | |
| 14. ALLEGIENCE CORP DEB 10/15/2016 7.8% - -IRA | B | Interest | K | T | | | | | |
| 15. RYDER SYSTEMS DEB 5/15/2017 9+.875% - IRA | C | Interest | K | T | | | | | |
| 16. CITICORP CAPITAL 2/15/2027 7.933% - IRA | C | Interest | K | T | | | | | |
| 17. ST PAUL CAPITAL TR PFD 7.6% - IRA | C | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TXU CORP - IRA | B | Dividend | K | T | | | | | |
| 19. BAXTER, INT'L - IRA | B | Dividend | J | T | | | | | |
| 20. EXXONMOBIL - IRA | B | Dividend | K | T | | | | | |
| 21. HOME DEPOT - IRA | B | Dividend | J | T | | | | | |
| 22. JOHNSON & JOHNSON - IRA | B | Dividend | J | T | | | | | |
| 23. MICROSOFT - IRA | B | Dividend | J | T | | | | | |
| 24. WAL-MART STORES - IRA | B | Dividend | J | T | | | | | |
| 25. AVAYA | A | Dividend | K | T | | | | | |
| 26. POWERWAVE TECHNOLOGIES | | None | J | T | | | | | |
| 27. LEHMAN BROS HOLDINGS 7.95% | B | Dividend | K | T | | | | | |
| 28. TEXAS MUNI GAS ACQ SPLY SER A 5.25% | B | Interest | K | T | | | | | |
| 29. PEPSICO | B | Dividend | J | T | | | | | |
| 30. NAT'L OIL WELL VARCO SR NT 8/15/2015 6.125% | B | Interest | | | Sold | 08/17/15 | K | | |
| 31. ANHEUSER BUSCH GTD NT 11/17/2015 9.75% | B | Interest | | | Sold | 11/18/15 | K | | |
| 32. BB&T CORP SUB NT 6/30/2017 4.9% | B | Interest | K | T | | | | | |
| 33. GATX CORP FXD RT SR NT 5/15/2015 4.75% | A | Interest | | | Sold | 03/20/15 | K | A | |
| 34. TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ANDARKO PETE CORP SR NT 3/15/2014 - 7.625% - IRA | B | Interest | K | T | | | | | |
| 36. AMEREM CORP SR NT 5/15/2014 8.875% - IRA | B | Interest | K | T | | | | | |
| 37. BUNGE LTD FIN CORP SR NT 7/15/2015 - 5.1% - IRA | B | Interest | K | T | | | | | |
| 38. HOSPIRA INC NT 5/15/2015 6.4% - IRA | B | Interest | K | T | | | | | |
| 39. WILLIS NO AMER INC SR NT 7/15/2015 5.625% - IRA | B | Interest | K | T | | | | | |
| 40. ENDURANCE SPECIALTY HLDGS LTD SR NT 10/15/2015 6.15% -IRA | B | Int./Div. | K | T | | | | | |
| 41. UNITRIN INC FXD RT SR NT 11/30/2015 6.0% - IRA | B | Interest | K | T | | | | | |
| 42. HORACE MANN EDUCATORS CORP NEW SR NT 4/15/2016 6.85% - IRA | B | Interest | K | T | | | | | |
| 43. ALLIED WORLD ASSUR 8/1/2016 7.5% - IRA | B | Interest | K | T | | | | | |
| 44. FIDELITY NAT'L FINCL NEW SR NT 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |
| 45. DREYFUS TREAS PRIME INV SHS MNY MKT | A | Interest | M | T | | | | | |
| 46. DREYFUS TREAS PRIME INV SHS | A | Dividend | N | T | | | | | |
| 47. TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | L | T | | | | | |
| 48. TEMPLETON GLOBAL BD FD ADVISOR - IRA | C | Dividend | M | T | | | | | |
| 49. CENTRAL GOLDTRUST TR UNIT - IRA | | None | K | T | | | | | |
| 50. CNA FINCL CORP NT 12/15/2014 5.85% - IRA | A | Interest | K | T | | | | | |
| 51. ANNALY CAP MGMT INC - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WALT DISNEY CO NTS 12/15/2013 4.5% | B | Interest | K | T | | | | | |
| 53. JOHNSON & JOHNSON COM | C | Dividend | | | Sold | 12/07/15 | L | E | |
| 54. VANGUARD SHT TERM BD INDEX SIGNAL | A | Dividend | M | T | | | | | |
| 55. TEMPLETON GLOBAL FD ADVISOR | C | Dividend | K | T | | | | | |
| 56. UBS AG AUSTRALIA BRCH NTS 8/26/2013 6.25% | B | Interest | K | T | | | | | |
| 57. MARRIOTT INT'L NEW NT SER J 2/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 58. COMMERCIAL METALS CO SR NTS 8/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 59. AMERICAN EXPRESS CR CORP MED TRM NTS 8/20/2013 7.3% - IRA | B | Interest | K | T | | | | | |
| 60. TELECOM ITALIA CAP SR NTS SER B - IRA | B | Interest | K | T | | | | | |
| 61. FIDELITY NAT'L FINCL INC NEW SR NTS 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |
| 62. ORIX CORP NTS 1/12/2016 6.6% - IRA | B | Interest | K | T | | | | | |
| 63. BEST BUY INC FXD RT NTS 3/15/2016 3.75% - IRA | A | Interest | K | T | | | | | |
| 64. TRANSATLANTIC HLDGS SR NT 12/14/2015 5.75% - IRA | B | Interest | K | T | | | | | |
| 65. AVNET INC NTS 9/15/2016 6.625% - IRA | B | Interest | K | T | | | | | |
| 66. CENTRAL GOLDTRUST TR UNIT - IRA | | None | L | T | | | | | |
| 67. NOVARTIS AG ADR - IRA | B | Dividend | L | T | | | | | |
| 68. SEALED AIR CORP NEW COM - IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. STAPLES, INC - IRA | A | Dividend | J | T | | | | | |
| 70. WESTERN UNION CO COM | A | Dividend | K | T | | | | | |
| 71. CENTRAL FD CDA LTD CL A | A | Dividend | K | T | | | | | |
| 72. WINTERGREEN FD - IRA | A | Dividend | K | T | | | | | |
| 73. SPROTT PHYSICAL GOLD TR | | None | M | T | | | | | |
| 74. BK OF NEW YORK MELLON CORP | A | Dividend | K | T | | | | | |
| 75. GOOGLE INC CL A | | None | L | T | | | | | |
| 76. WESTERN UNION CO NT 10/1/2016 5.93% | B | Interest | K | T | | | | | |
| 77. WESTERN UNION CO | B | Dividend | | | Sold | 08/03/15 | K | D | |
| 78. EMBRAER OVERSEAS LTD 6.375% 1/24/17 | B | Interest | K | T | | | | | |
| 79. PPL ENERGY SUPPLY 6.5% 5/1/18 | B | Interest | K | T | | | | | |
| 80. TECH DATA CORP BSR NT 9/21/12 | A | Interest | K | T | | | | | |
| 81. TIME WARNER CABLE 5.85% 5/1/17 | B | Interest | K | T | | | | | |
| 82. EXELON GENERATION CO | B | Interest | K | T | | | | | |
| 83. EXELON CORP COM | B | Dividend | K | T | | | | | |
| 84. POTLATCH CORP NEW | B | Interest | K | T | | | | | |
| 85. TEVA PHARMACEUTICAL | A | Dividend | | | Sold | 04/16/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DEUTSCHE TELEKOM AG TERM NTS 3.625% 5/22/17 | B | Interest | | | Sold | 11/09/15 | K | | |
| 87. AIR LEASE CORP SR | B | Interest | | | Redeemed | 10/01/15 | K | | |
| 88. DELL INC FXD RT | A | Interest | | | Sold | 04/10/15 | K | | |
| 89. JABIL CIRCUIT INC SR | B | Interest | K | T | | | | | |
| 90. JEFFRIES GROUP INC | B | Interest | K | T | | | | | |
| 91. LEXMARK INT'L INC | B | Interest | K | T | | | | | |
| 92. MOSAIC CO NEW | B | Dividend | K | T | | | | | |
| 93. NEWMONT MNG CORP 5.125% 10/1/19 | B | Interest | K | T | | | | | |
| 94. TITAN INT'L INC ILL | A | Dividend | K | T | | | | | |
| 95. CAREFUSION CORP SR NT 6.375% 8/1/2019 | A | Interest | K | T | | | | | |
| 96. McGRAW HILL COS INC SR NTS 5.9% 11/15/2017 | B | Interest | K | T | | | | | |
| 97. CANADIAN OIL SANDS | A | Dividend | | | Sold | 08/31/15 | J | | |
| 98. TERADATA CORP DEL | | None | | | Sold | 08/24/15 | K | A | |
| 99. ALCOA INC FXD RTATE NT 5.4% 4/15/2021 | B | Interest | K | T | | | | | |
| 100. TALISMAN ENERGY SER 7.75% 6/1/2019 | B | Interest | K | T | | | | | |
| 101. DIST COLUMBIA UNIV REV RFDG GEORGETOWN SER A 5.0% | B | Interest | K | T | | | | | |
| 102. LABORATOY CORP AMER 4.625% | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LANSING MICH BLDG 5.0% | B | Interest | K | T | | | | | |
| 104. ADVANCE AUTO PARTS 5.75% 4/29/2110 | B | Interest | K | T | | | | | |
| 105. VIACOM INC NEW SR NT 12/12/2011 | A | Interest | K | T | | | | | |
| 106. BP PLC SPON ADR | B | Dividend | K | T | | | | | |
| 107. FPA CRESCENT | A | Dividend | K | T | | | | | |
| 108. VANGUARD INDEX FDS | A | Dividend | K | T | Buy | 07/14/15 | K | | |
| 109. KRAFT FOODS GROUP | B | Dividend | K | T | Buy | 02/03/15 | K | | |
| 110. DOUBLELINE TOTAL | A | Dividend | K | T | Buy | 10/19/15 | K | | |
| 111. FIDELITY FLOATING | A | Dividend | K | T | Buy | 07/31/15 | K | | |
| 112. AMERICAN EXPRESS | A | Dividend | K | T | Buy | 07/13/15 | K | | |
| 113. BERKSHIRE HATHAWAY | | None | K | T | Buy | 01/20/15 | K | | |
| 114. MCDONALDS CORP FR NTS 3.625%/ 5/20/2021 | | None | K | T | Buy | 11/18/15 | K | | |
| 115. WILLIS NO AMERICA | A | Interest | K | T | Buy | 06/23/15 | K | | |
| 116. WILLIS TOWERS WATSON 5.75% 3/15/2021 | A | Interest | K | T | Buy | 03/19/15 | K | | |
| 117. ZOETIS BINC SR NT | | None | K | T | Buy | 11/10/15 | K | | |
| 118. AETNA INC FXD RT 4.1254% | | None | K | T | Buy | 09/10/15 | K | | |
| 119. AMAZON COM INC | | None | K | T | Buy | 11/11/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AUTONATION, INC GTD 6.75% | B | Interest | K | T | Buy | 01/23/15 | K | | |
| 121. BENTONVILLE ARK SCH | A | Interest | K | T | Buy | 04/29/15 | K | | |
| 122. COLLINGSWOOD NJ 4/30/08 | A | Interest | K | T | Buy | 02/26/15 | K | | |
| 123. DILLARDS INC FOR NT 7.13% 8/1/2018 | | None | K | T | Buy | 09/04/15 | K | | |
| 124. DISNEY WALT CO | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 125. EBAY INC FXD RT SR 2.875% 8/1/2021 | A | Interest | K | T | Buy | 01/26/15 | K | | |
| 126. EQUITY COMMONWEALTH COM | | None | K | T | Buy | 04/13/15 | K | | |
| 127. GOLDMAN SACHS GRP NTS 2.55% 10/23/2019 | A | Interest | K | T | Buy | 01/28/15 | K | | |
| 128. OAKTREE CAP GRP | | None | K | T | Buy | 03/03/15 | K | | |
| 129. PETROLOGISTICS CORP 6.25% 4/1/2020 | A | Interest | K | T | Buy | 06/02/15 | K | | |
| 130. SUNCOR ENERGY INC | B | Dividend | K | T | Buy | 06/23/15 | K | | |
| 131. UNITRIN INC SR NTS 5/11/2007 | B | Interest | K | T | Buy | 01/09/15 | K | | |
| 132. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JEFFREY N. COLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544